```
1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       No. CV A 11-9589

12              Plaintiff,

13       vs.                       CONSENT JUDGMENT

14 RANDY CARNEY, AKA RANDY T.

15 CARNEY,

16              Defendant

17

18     Pursuant to the above stipulation of the parties,
19 Judgment is hereby entered in favor of Plaintiff, UNITED
20 STATES OF AMERICA, against Defendant, Randy Carney, aka
21 Randy T. Carney, in the principal amount of $1,405.32 plus
22 interest accrued to June 11, 2012, in the sum of $2,855.14;
23 with interest accruing thereafter at 9% annually until entry
24 of judgment, for a total amount of  $4,260.46.

25
           7/17/2012                     TERRY NAFISI
26 DATED:_____        By:_____
                                     Clerk of the Court
27                                     L. RAYFORD
                                  _____
28                                      Deputy Clerk
                                  United States District Court
```