```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>RANDY CARNEY, AKA RANDY T. CARNEY,<br><br>        Defendant | No. CV A 11-9589<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Randy Carney, aka Randy T. Carney, in the principal amount of $1,405.32 plus interest accrued to June 11, 2012, in the sum of $2,855.14; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of **$4,260.46**.

DATED: 7/17/2012

By: TERRY NAFISI
Clerk of the Court
L. RAYFORD
Deputy Clerk
United States District Court